# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBIN WRENN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO. CIV-11-0981-HE |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Robin Wrenn filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her applications for supplemental security income and disability insurance benefits. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Shon T. Erwin, who recommends that the decision of the Commissioner be affirmed.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the court **ADOPTS** Magistrate Judge Erwin's Report and Recommendation [Doc. #18], and **AFFIRMS** the Commissioner's decision.

**IT IS SO ORDERED**.

Dated this 24th day of October, 2012.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE